■ PAUL WRIGHT, Appellant, v AILEEN WRIGHT, Respondent. [700 NYS2d 729] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Rockland County (Weiner, J.), dated December 22, 1998.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Justice Weiner at the Supreme Court. Sullivan, J. P., Friedmann, Feuerstein and Smith, JJ., concur.